# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-10314
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 20, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DEJUAN LAMONT WILLIS,

Defendant-Appellant

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 5:12-CR-1-1

Before SMITH, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Dejuan Lamont Willis has moved for leave to withdraw and has filed a brief and supplemental brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Willis has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Willis's claims of ineffective assistance of counsel; we therefore decline to consider the claims without

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-10314

prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Willis's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. *See United States v. Pesina-Rodriguez*, 825 F.3d 787, 788 (5th Cir. 2016). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Willis's motion to vacate sentence and remand for resentencing is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.